**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

The Trustees of the Twin City Bricklayers Pension Fund; the Trustees of the Bricklayers and Trowel Trades International Pension Fund; the Trustees of the Duluth Building Trades Health and Welfare Fund; the Trustees of the Bricklayers Local 3 & 16 Retirement and Vacation Funds; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Plaintiffs,

vs.

COLORADO BRICKS MASONRY, INC., a foreign corporation not qualified to do business in the State of Minnesota; and Weis Builders, Inc., a Minnesota corporation,

Defendants.

Civil File Number: 01-1185 DSD/JMM

**INJUNCTION**

Pursuant to this Court's Order dated November 21, 2001:

1. Defendant COLORADO BRICK AND MASONRY, INC. ("CBM"), is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant CBM is delinquent, together with interest and liquidated damages.

2. Defendant CBM is to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3 The Defendant CBM, shall cooperate in all ways with this audit.

4. Defendant CBM is required to post with Plaintiffs' TPA a cash or surety bond in the amount of $7,500.00.

FILED 11-21-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. Defendant CBM, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

6. Plaintiffs' TPA will provide copies of all information acquired in connection with this Injunction directly to counsel for Defendant Weis Builders, Inc. immediately upon receipt.

BY THE COURT:

Dated: November 21, 2001

David S. Doty
United States District Judge

H:\Labor\6000_6080 Bricklayers\6041.50 Colorado Brick & Weis Builders\Doc\Injunction.doc
paw

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500