# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers Pension Fund; the Trustees of the Bricklayers and Trowel Trades International Pension Fund; the Trustees of the Duluth Building Trades Health and Welfare Fund; the Trustees of the Bricklayer Local 3 & 16 Retirement and Vacation Funds; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Plaintiffs,

v.

Colorado Bricks Masonry Inc., a foreign corporation not qualified to do business in the State of Minnesota; and Weis Buildings, Inc., a Minnesota corporation,

Defendants.

Civil File No. 01-1185 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled action, having been duly compromised and settled as to all claims by all parties, may be and hereby is dismissed on the merits and with prejudice, without further costs to any of the parties hereto.

**ROSENE, HAUGRUD & STAAB, CHARTERED**

Dated: January 23, 2002

By: ______________________

Andrew E. Staab (#204705)
Stephen Kelly (#239203)
400 Robert Street North
Suite 1800
St. Paul, MN 55102
(651) 227-6621

ATTORNEYS FOR PLAINTIFFS

FILED 1-31-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

N:\PL\PJL\167088.doc

**FABYANSKE, WESTRA & HART, P.A.**

Dated: January 30, 2002

By: ______________________
Dean B. Thomson (#141045)
Patrick J. Lee-O'Halloran (#269074)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ATTORNEYS FOR DEFENDANT WEIS BUILDERS, INC.

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice, on the merits, and without further costs to any of the parties or their attorneys.

Dated this 31st day of January, 2002.

______________________
The Honorable David S. Doty
Judge of United States District Court

N:\PL\PJL\167088.doc